/501/1)

Case Number 09-17113 - WHATLEY JR., BERNARD

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000004 | 114 | 275.95 | 0.35 |
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | 000006 | 119 | 817.32 | 1.04 |
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 000007 | 108 | 35.61 | 0.05 |
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215 | 000008 | 119 | 448.22 | 0.57 |
| Sterling Inc. dba Rogers Jewelers<br>c/o Weltman, Weinberg & Reis, Co., LPA<br>965 Keynote Circle<br>Brooklyn Hts, OH 44131 | 000009 | 110 | 631.66 | 0.80 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Discount Tire<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000010 | 111 | 803.20 | 1.02 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of "CORTRUST BANK, N.A."<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000011 | 112 | 400.87 | 0.51 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000012 | 113 | 1,612.52 | 2.05 |

-------- Remittance Total --------                5,025.35        6.39

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2010 APR 20 PM 3:23 U.S. BANKRUPTCY COURT CLEVELAND NORTHERN DISTRICT OF OHIO